37 So.2d 690

**Elbert J. HOOMES v. STATE.**

**3 Div. 521.**

Supreme Court of Alabama.

Dec. 2, 1948.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the petition.

C. L. Hybart, of Monroeville, and F. G. Horne, of Atmore, opposed.

FOSTER, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hoomes v. State, 37 So.2d 686.

Certiorari denied.

BROWN, LAWSON and STAKELY, JJ., concur.